# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## Beckley Division

IN RE:
**VALERIE SUE PARKER,**

       **DEBTOR,**     **CASE NO. 17-bk-50179**
                                                                    **CHAPTER 13**

------------------------------------------------

**VALERIE SUE PARKER,**

       **PLAINTIFF,**

v.     **AP CASE NO: 5:19-ap-05005**

**BAYVIEW INSURANCE LLC;**
**BAYVIEW LOAN SERVICING LLC;**
**BAYVIEW ASSET MANAGEMENT LLC; and**
**PROCTOR FINANCIAL, INC.,**

       **DEFENDANTS.**

## STIPULATION FOR EXTENSION OF TIME

Upon the agreement of the parties, Plaintiff Valeria Sue Parker, by counsel, Defendant Bayview Loan Servicing LLC, by counsel, and Defendant Bayview Asset Management LLC, by counsel, the parties stipulate that Defendants Bayview Loan Servicing LLC and Bayview Asset Management LLC shall file pleadings responsive to the Complaint on or before **Friday, July 19th, 2019.**

The undersigned agree to the above Stipulation this 10th day of July 2019.

| | |
|---|---|
| /s/ John F. Leaberry | /s/ Jason E. Manning |
| John F. Leaberry (WV Bar No. 2168) | Jason E. Manning (WV Bar No. 11277) |
| LAW OFFICE OF JOHN LEABERRY PLLC | TROUTMAN SANDERS LLP |
| 106 Patrick Street | 222 Central Park Avenue, Suite 2000 |
| Lewisburg, WV 25321 | Virginia Beach, Virginia 23462 |
| Telephone: (304) 645-2025 | Telephone: (757) 687-7564 |
| Facsimile: (888) 469-6631 | Facsimile: (757) 687-1524 |
| Email: leaberry01@yahoo.com | E-mail: jason.manning@troutman.com |
| *Counsel for Debtor/Plaintiff* | *Counsel for Defendants Bayview Loan Servicing LLC and Bayview Asset Management LLC* |

39421320