IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:
VALERIE SUE PARKER.,

        DEBTOR,

CASE NO. 17-bk-50179
CHAPTER 13

---

VALERIE SUE PARKER.,

        PLAINTIFF,

v

AP CASE NO: 19-ap-05005

BAYVIEW INSURANCE LLC;
BAYVIEW LOAN SERVICING LLC;
BAYVIEW ASSET MANAGEMENT LLC; and
PROCTOR FINANCIAL, INC.

        DEFENDANTS

---

NOTICE OF WITHDRAWAL OF COMPLAINT

1. On this day came the Plaintiff, Valerie Sue Parker, by her counsel, John F. Leaberry, and serves notice of the voluntary withdrawal of her Complaint filed in this civil action against Defendants, Bayview Insurance LLC; Bayview Loan Servicing LLC; Bayview Asset Management LLC; and Proctor Financial, Inc.
2. Plaintiff filed her Complaint on June 03, 2019.
3. To date, no Defendant has filed an answer to the Complaint.
4. Accordingly, Plaintiff hereby respectfully withdraws her Complaint in this matter.

Respectfully submitted,

*Valerie Sue Parker*
VALERIE SUE PARKER.,
By Counsel

John F. Leaberry (WV Bar# 2168)
Law Office of John Leaberry PLLC
167 ~~106~~ Patrick Street
Lewisburg, WV 24901
T: 304-645-2025
F: 888-469-6631
*Counsel for Plaintiff*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:
VALERIE SUE PARKER.,
     DEBTOR,         CASE NO. 17-bk-50179
                     CHAPTER 13

---

VALERIE SUE PARKER.,
     PLAINTIFF,
v                    AP CASE NO: 19-ap-05005

BAYVIEW INSURANCE LLC;
BAYVIEW LOAN SERVICING LLC;
BAYVIEW ASSET MANAGEMENT LLC; and
PROCTOR FINANCIAL, INC.

     DEFENDANTS

---

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF COMPLAINT was sent to all parties listed on the matrix on file with the Bankruptcy Clerk's Office at the time this document was electronically filed with the Clerk on ~~June 24~~, 2019. *[handwritten: July 17, 2019]* All parties included in the case creditor matrix were served, either electronically or by first class mail postage prepaid.

*/s/ John F. Leaberry*
John F. Leaberry,